UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-23250-CIV-KING/MCALILEY

VICTOR C. ASLA, FRANCISCO DIAZ,
EDUARDO DIAZ, ARIAN ALEJANDRO
MARTINEZ FERNANDEZ, JESUS OJEDA
PIPO, REINIER RODRIGUEZ, RUBEN CAPOTE
TORRES, HERIBERTO RAFAEL BURGOS, BETHEL
XAVIER, JOSE ANTONIO GONZALEZ, JAVIER
ERNESTO VINAGERA, ADOLFO JIMENEZ, FELIPE
BELTRAN, GERMAN AGUADO, ALCIBIADES COMAS,
ALBERTO BLANCO AND NELSON NAPOLES, JUAN
F. FERNANDEZ, ALEJANDRO J. IBARRIA MARTINEZ,
ALEXYS RODRIGUEZ, HECTOR EMILIO FERNANDEZ,
PEDRO SANTO FERNANDEZ NERIS, LUIS CESAR AIRADO
And all others similarly situated under 29 U.S.C. 216(B),

    *Plaintiffs,*

v.

CARGO FORCE, INC., a Florida Corporation and
ANTHONY C. ROMEO,

    *Defendant.*
_____/

### MEDIATOR'S REPORT

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **October 3, 2013 @ 10:00 A.M.**

   ✓   AN AGREEMENT WAS REACHED.

   ____   The Agreement is attached with consent of the parties.

   ____   NO AGREEMENT WAS REACHED; IMPASSE.

   ____   The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/13, than this matter shall be deemed at an impasse.

   ____   Other: _____

_____
Laura Bonn, Esq., Florida Bar No. 0244759
MF#: **LB-4400**