UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23250-CIV-KING/MCALILEY

**CONSENT CASE**

| | |
|---|---|
| VICTOR C. ASLA, et al | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CARGO FORCE, INC., a Florida Corporation and ANTHONY C. ROMEO | ) |
| Defendants. | ) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Victor C. Asla, Francisco Diaz, Eduardo Diaz, Arian Alejandro Martinez Fernandez, Jesus Ojeda Pupo, Reinier Rodriguez, Ruben Capote Torres, Heriberto Rafael Burgos, Bethal Xavier, Jose Antonio Gonzalez, AdolfoJimenez, Felipe Beltran, German Aguado, Alcibiades Comas, Nelson Napoles, Reynier Gonzalez Alvarez, Juan F. Fernandez, Alejandro Ibarria Martinez, Alexys Rodriguez, Hector Emilio Fernandez, Pedro Santo Fernandez Neris, Luis Cesar Airado, Javier Ernesto Vinagera and Defendants Cargo Force, Inc. and Anthony C. Romeo (collectively, the "Parties") hereby jointly state and stipulate as follows:

1. Plaintiffs sued Defendants alleging failure to pay overtime minimum wage compensation in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA).

2. On or about October 3, 2013, the Parties, without admitting liability, resolved the claims asserted by Plaintiffs in this action and shortly thereafter entered into a Settlement Agreement and General Release, which is attached hereto as *Exhibit A*, and executed a Joint Stipulation for Dismissal with Prejudice, which is being filed contemporaneously herewith.

3. Pursuant to the FLSA, the Parties' Settlement Agreement must be approved by the Court. *See Brooklyn Savings Bank v. O'Neill*, 324 U.S. 687 (1945); *D.A. Shulte, Inc. v. Gangi*, 328 U.S. 108 (1946). Accordingly, the Parties file this Joint Motion seeking approval of their settlement.

4. The Parties stipulate that based on the allegations in Plaintiffs' Amended Complaint, the settlement reached is fair and reasonable.

5. Upon this Court's approval of the Settlement Agreement, the Parties jointly stipulate that this matter should be dismissed, **with prejudice**, with all Parties bearing his/her or its own attorneys' fees and costs except as provided in the Settlement Agreement. The Court will retain jurisdiction to enforce the Settlement Agreement.

6. A proposed Order approving the Settlement Agreement and dismissing the case, **with prejudice**, is attached hereto for the Court's convenience.

Respectfully submitted,

**J.H. ZIDELL, P.A.**

/s/ J.H. Zidell P.A.
J.H. Zidell, Esq.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167

*Counsel for Plaintiffs*

**Roth & Scholl, P.A.**
  /s/ Jeffrey C. Roth
Jeffrey C. Roth, Esq.
Florida Bar Number 331562
866 S Dixie Hwy
Coral Gables, Florida 33146
Tel: (305) 662-4141
Fax: (305) 662-3816

*Counsel for Defendants*

**JACKSON LEWIS LLP**

/s/ TerRance Q. Woodard
TerRance Q. Woodard (FBN 692441)
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Tel. 305.577.7648
Fax. 305. 373.4466

*Counsel for Defendants*