UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23250-CIV-KING/MCALILEY

**CONSENT CASE**

| | |
|---|---|
| VICTOR C. ASLA, et al | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CARGO FORCE, INC., a Florida Corporation and ANTHONY C. ROMEO | ) |
| Defendants. | ) |

**FINAL ORDER OF DISMISSAL, *WITH PREJUDICE*,
UPON COURT'S APPROVAL OF SETTLEMENT AGREEMENT**

THIS CAUSE came before the Court upon the Parties' Joint Motion and Request for Approval of Settlement (the "Joint Motion"). The Court, having reviewed the Joint Motion, the Settlement Agreement, and being otherwise duly advised in the premises thereof, hereby

ORDERS AND ADJUDGES that

1. The Settlement Agreement is **APPROVED**.

2. This action is hereby dismissed, with prejudice, each Party to bear his or its own attorney's fees and costs as provided in the Settlement Agreement.

3. Any pending motions are denied as moot.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers this ____ day of October, 2013.

_____
**CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE**

Copies provided to: All Counsel of Record